# UNITED STATES DISTRICT COURT FOR
# THE DISTRICT OF NEW MEXICO

FALCON AUTO REPAIR, a New Mexico
Sole Proprietorship,

    Plaintiff,

v.                                                           No. 1:13-cv-509 KBM/ RHS

TRAVELER'S CASUALTY INSURANCE
COMPANY OF AMERICA,

    Defendant.

## STIPULATED ORDER GRANTING LEAVE TO FILE FIRST AMENDED COMPLAINT

THIS MATTER having come before the Court on the parties' agreement to allow Plaintiff to file a First Amended Complaint, on the condition that such agreement is in no way considered an admission by Defendant of the validity of any of the claims asserted in the First Amended Complaint, and the Court having considered the parties' agreement finds that it is well taken and that Plaintiff should be granted leave to file its First Amended Complaint. The parties also agree that Defendant's Motion to Dismiss will be moot upon the filing of the First Amended Complaint.

IT IS THEREFORE ORDERED, ADJUDED AND DECREED that Plaintiff is hereby granted leave to file its First Amended Complaint. Defendant's agreement to allow Plaintiff to file its First Amended Complaint is in no way an admission by Defendant of the validity of any of the claims asserted in the First Amended Complaint.

IT IS FURTHER ORDERED, ADJUGED AND DECREED that Defendant's Motion to Dismiss will be moot upon Plaintiff's filing of its First Amended Complaint.

>  _[signature]_
> _____
> THE HONORABLE KAREN B. MOLZEN
> UNITED STATES CHIEF MAGISTRATE JUDGE

AGREED:

MODRALL, SPERLING, ROEHL, HARRIS
   & SISK, P.A.

By: */s/ Jennifer A. Noya*
   Jennifer A. Noya
   Tiffany L. Roach Martin
   Bank of America Centre
   500 Fourth Street NW, Suite 1000
   P.O. Box 2168
   Albuquerque, New Mexico  87103-2168

*Attorneys for Defendant Travelers*


By: *Approved via email on 10.18.13*
   Richard J. Valle
   CARTER & VALLE
   8012 Pennsylvania Circle, N.E.
   Albuquerque, NM 87110


By: *Approved via email on 10.18.13*
   H. Jesse Jacobus, III
   Law Office of George "Dave" Giddens, PC
   10400 Academy NE, Suite 350
   Albuquerque, NM 87111

*Attorneys for Plaintiff*

*W2015127.DOCX*